IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01594-MSK-CBS

L. ALEXANDER DONNELL; and
JOHN M. SCORSINE,

      Plaintiffs,

v.

FALCON FIRE PROTECTION DISTRICT,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice

(Motion) **(#25)** filed November 24, 2010.  The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**.  Any and all claims asserted in the above-

captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and

attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 24th day of November, 2010.

        **BY THE COURT:**

        _Marcia S. Krieger_

        Marcia S. Krieger
        United States District Judge